VILLAGE OF CHATEAUGAY, Respondent, *v.* CHASM POWER COMPANY et al., Appellants.

(Argued March 25, 1930; decided May 6, 1930.)

*Frank Irvine, Wallace E. Pierce* and *Edmund B. Naylon* for appellants.

*Patrick J. Tierney* and *Thomas J. Fitzpatrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.